**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:12 cv 250**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| ex rel AUTOMATION SYSTEM | ) | |
| INTEGRATORS, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| BCE, INC. and GREAT AMERICAN | ) | |
| INSURANCE GROUP, | ) | |
| | ) | |
| Defendants | ) | |

**THIS MATTER** is before the court on Ann-Patton Hornthal's Application for Admission to Practice *Pro Hac Vice* of Steven J. Strawbridge. It appearing that Steven J. Strawbridge is a member in good standing with the Indiana State Bar and will be appearing with Ann-Patton Hornthal, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Ann-Patton Hornthal's Application for Admission to Practice *Pro Hac Vice* (#12) of Steven J. Strawbridge is **GRANTED**, and that Steven J. Strawbridge is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Ann-Patton Hornthal.

Signed: October 9, 2012

Dennis L. Howell
United States Magistrate Judge