**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv250**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** ) | | |
| **ex rel AUTOMATION SYSTEM** ) | | |
| **INTEGRATORS, INC.,** ) | | |
| ) | | |
| **Plaintiff,** ) | | |
| ) | | |
| **v.** ) | **ORDER** | |
| ) | | |
| **BCE, INC. and GREAT AMERICAN** ) | | |
| **INSURANCE Company,** ) | | |
| ) | | |
| **Defendants.** ) | | |
| _____ ) | | |

Pending before the Court is the Joint Motion to Consolidate [# 29]. The parties move to consolidate this case with civil case number 1:13cv132. Upon a review of the motion and the record in the two cases, the Court **GRANTS** the motion [# 29]. The two cases shall be consolidated for purposes of pretrial deadlines. The deadlines set forth the Court's Pretrial Order and Case Management, as amended by the May 10, 2013, Order, shall apply to both cases. Both cases will be tried separately to the District Court beginning January 13, 2014. Finally, the Court **DIRECTS** the Clerk to assign civil case number 1:13cv132 to Judge Martin Reidinger with a referral to Magistrate Judge Dennis Howell, despite the fact that the parties previously consented to the United States

Magistrate Judge in the United States District Court for the Central District of Illinois.

Signed: July 1, 2013

Dennis L. Howell
United States Magistrate Judge