THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00250-MR-DLH

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex rel. AUTOMATION SYSTEM INTEGRATORS, INC., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BCE, INC. and GREAT AMERICAN )<br>INSURANCE COMPANY, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Partial Summary Judgment [Doc. 37] and the Defendants' Motion for Continuance of Bench Trial [Doc. 47].

The Defendants request a continuance of the January 13, 2014 bench trial in light of the Motion for Partial Summary Judgment pending in this matter. [Doc. 47].

Upon careful review of the Plaintiff's Motion [Doc. 37] and Defendant BCE, Inc.'s Response thereto [Doc. 45], the Court finds that there are

genuine disputes of material fact which preclude the entry of partial summary judgment in favor of the Plaintiff. Accordingly,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Partial Summary Judgment [Doc. 37] is **DENIED**.

**IT IS FURTHER ORDERED** that the Defendants' Motion for Continuance of Bench Trial [Doc. 47] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: November 7, 2013

Martin Reidinger
United States District Judge