IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA ex rel. AUTOMATION SYSTEM INTEGRATORS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL CASE NO. 1:12-cv-00250-MR-DLH |
| vs. | ) ) | |
| BCE, INC., and GREAT AMERICAN INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |
| THE UNITED STATES OF AMERICA ex rel. AUTOMATION SYSTEM INTEGRATORS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL CASE NO. 1:13-cv-00132-MR-DLH |
| vs. | ) ) | |
| BRYAN CONCRETE & EXCAVATION, INC., also known as BCE, INC., and GREAT AMERICAN INSURANCE COMPANY, | ) ) ) ) ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Consolidation of these matters for trial [Doc. 51]. The Defendants do not oppose the Plaintiff's request for consolidation.

Rule 42 of the Federal Rules of Civil Procedure provides that the Court may consolidate two civil actions if they involve "a common question of law or fact." Fed. R. Civ. P. 42(a)(2). The Court finds that these two civil actions involve common questions of law and fact such that consolidation for trial would be appropriate.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Consolidation [Doc. 51] is **GRANTED**, and Civil Case No. 1:12-cv-00250-MR-DLH and Civil Case No. 1:13-cv-00132-MR-DLH are hereby **CONSOLIDATED** for trial before the undersigned. Civil Case No. 1:12-cv-00250-MR-DLH is designated as the lead case, and Civil Case No. 1:13-cv-00132-MR-DLH shall be closed. Pursuant to Local Civil Rule 5.2.1(D), all future pleadings will be docketed and filed in the designated lead case only.

**IT IS SO ORDERED.**

Signed: December 3, 2013

Martin Reidinger
United States District Judge